UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **United States of America** | No. 19-CR-10267-DPW |
| v. | |
| **Juan Pacheco** | |

### DEFENDANT'S MOTION TO CONTINUE REVOCATION HEARING
*Assented-to by Government & Probation*

Defendant Juan Pacheco hereby moves that the Final Hearing re Revocation of Supervised Release, now scheduled for January 26, 2023, be continued for a period of 60 days, until March 26th or thereafter. As grounds therefore:

This request for a continuance is brought at the request of Probation and with the government's assent.

Mr. Pacheco entered a detox program at Spectrum Health in Weymouth on January 4th. This program ranges from 14-28 days, depending on the patient's need. It is anticipated that upon completion of the detox, Mr. Pacheco will enter an in-patient program. Efforts are underway for him to go to a sober house in Shrewsbury.

Probation has suggested that the hearing be continued for a period of 60 days to further monitor Mr. Pacheco's compliance and stability.

JUAN PACHECO
By his Attorney,

/s/ *Keith Halpern*
Keith Halpern, BBO # 545282
572 Washington Street, Suite 19
Wellesley, MA 02482
(617) 722-9952

CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 9, 2023.

/s/ *Keith Halpern*