AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. 1:19-cr-10267-DPW-2 |
| Juan Pacheco | ) |
| *Defendant* | ) |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☒ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of Court

| Place: | John Joseph Moakley U.S. Courthouse<br>1 Courthouse Way<br>Boston, Massachusetts 02210 | Courtroom No.: | 1 |
|---|---|---|---|
| | | Date and Time: | March 30, 2023 3:30 PM |

This offense is briefly described as follows:
Violation of conditions of supervised release.

Date: 3/24/2023

/s/ Caetlin McManus
*Issuing officer's signature*

Caetlin McManus, Docket Clerk
*Printed name and title*

---

I declare under penalty of perjury that I have:

☐ Executed and returned this summons       ☐ Returned this summons unexecuted

Date: _____

_____
*Server's signature*

_____
*Printed name and title*