UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **United States of America** | No. 19-CR-10267-DPW |
| v. | |
| **Juan Pacheco** | |

### MOTION TO WITHDRAW REPRESENTATION

Attorney Keith Halpern moves to withdraw from representation of Juan Pacheco. There has been a breakdown in communication. Mr. Pacheco and counsel have disagreed regarding strategy. Mr. Pacheco has no confidence in counsel being able to provide effective representation. Counsel agrees that the relationship is not salvageable and seeks to withdraw.

JUAN PACHECO
By his Attorney,

/s/ *Keith Halpern*
Keith Halpern, BBO # 545282
572 Washington Street, Suite 19
Wellesley, MA 02482
(617) 722-9952

CERTIFICATE OF SERVICE
I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 29, 2023.

/s/ *Keith Halpern*